# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:13-CR-0023

DANIEL RATNER

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **DANIEL RATNER**

Detained at (custodian): **Sacramento County Sheriff**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment  ☐ Information  ☐ Complaint
Charging Detainee With: **18 U.S.C. § 2251(a) and (e) (Three Counts)** Attempted Production of Child Pornography

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on or before February 6, 2013 in the Eastern District of California.*

Signature: /s/ Kyle F. Reardon
Printed Name & Phone No: **KYLE F. REARDON (916) 554-2782**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *February 6, 2013*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

January 31, 2013
Date

United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Daniel Ratner | Male ☒ | Female ☐ |
| Booking or CDC #: | X4837094 | DOB: | 11/21/1967 |
| Facility Address: | 651 I Street | Race: | C |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Sexual battery upon person institutionalized disabled | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

Form Crim-48    Revised 11/19/97